FILED
2025 OCT 1 AM 9:57
CLERK
U.S. DISTRICT COURT

FILED
Oct 01, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE CARLOS GONZALEZ JR. and ADAM ANTH VEGA,<br><br>Defendant. | 1:25-mj-00114-EPG<br>Case No. 4:25-cr-00091-AMA<br><br><br>ORDER TO UNSEAL CASE<br><br><br>Magistrate Judge Paul Kohler |

Upon consideration of the United States' motion and good cause having been shown,

IT IS HEREBY ORDERED that the Motion of the United States to unseal the above-captioned case is GRANTED.

Dated this __1st__ day of __October__, 2025.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

1